UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE : RYAN HUNTER ROMPOLA AND KATHY LYNN ROMPOLA<br>DEBTORS | CASE NO: 25-37815<br><br>CHAPTER 7 |

ORDER REOPENING BANKRUPTCY CASE TO DETERMINE DISCHARGEABILITY OF DEBTORS' STUDENT LOANS IN ADVERSARY PROCEEDINGS

On the Debtor's motion, this case is reopened.

Signed:

Marvin Isgur
United States Bankruptcy Judge