United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE : RYAN HUNTER ROMPOLA AND
KATHY LYNN ROMPOLA
DEBTORS

CASE NO: 25-37815

CHAPTER 7

ORDER REOPENING BANKRUPTCY CASE

On the Debtor's motion, this case is reopened.

Signed: November 12, 2026

Marvin Isgur
United States Bankruptcy Judge