United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: RYAN HUNTER ROMPOLA AND KATHY LYNN ROMPOLA<br>*DEBTORS* | CASE NO: 25-37815<br><br>CHAPTER 7 |

ORDER REOPENING BANKRUPTCY CASE

On the Debtor's motion, this case is reopened.

Signed: November 12, 2026

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 25-37815-mi
Ryan Hunter Rompola Chapter 7
Kathy Lynn Rompola
Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 3
Date Rcvd: Nov 12, 2026 Form ID: pdf001 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan Hunter Rompola, Kathy Lynn Rompola, 1122 Blue Leaf Drive, Richmond, TX 77469-6252 |
| 13160657 | + | 1st Franklin, 5182 Avenue H, Rosenberg, TX 77471-2014 |
| 13160671 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 13160681 | + | Transworld System Inc, Attn: Bankruptcy, PO Box 15630, Wilmington, DE 19850-5630 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 12 2026 20:02:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13176722 | | Email/Text: bnc@atlasacq.com | Nov 12 2026 20:02:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 13160658 | + | Email/PDF: cbp@omf.com | Nov 13 2026 06:48:56 | Brightway/onemain, Po Box 3316, Evansville, IN 47732-3316 |
| 13160659 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2026 09:37:09 | Capital One, AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 13160660 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2026 09:37:00 | Capital One/Bass Pro, Capital One, Attn: Bankruptcy P.O. Box 1, Charlotte, NC 28201-1270 |
| 13160661 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 12 2026 20:03:04 | Cb/cci Pl Cc, 14600 Northwest, Beaverton, OR 97006 |
| 13160662 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 13 2026 09:26:35 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13160663 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 12 2026 20:03:21 | Concora Credit, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 13160664 | ^ | MEBN | Nov 12 2026 20:00:36 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 13160665 | ^ | MEBN | Nov 12 2026 20:00:25 | Craig Noack, 24165 IH-10 W Ste 217-418, San Antonio, TX 78257-1449 |
| 13160666 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2026 09:58:39 | Credit One Bank, Corporate Office, 6801 S. Cimarron Rd., Las Vegas, NV 89113-2273 |
| 13160667 | + | Email/Text: mrdiscen@discover.com | Nov 12 2026 20:02:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 13160668 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 12 2026 20:02:00 | GM Financial, 801 Cherry Street Suite 3600, Fort |

| | | | | |
|---|---|---|---|---|
| | | | | Worth, TX 76102-6855 |
| 13160669 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 12 2026 20:02:00 | Internal Revenuce Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 13160672 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 12 2026 20:02:15 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 13160673 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 12 2026 20:03:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 13160675 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 13 2026 06:48:56 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 13160677 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 12 2026 21:17:13 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 13160676 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2026 09:58:46 | Plusfinance/cws, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 13160678 | + | Email/Text: cs@securitycreditservicesllc.com | Nov 12 2026 20:02:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 13160679 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2026 09:37:09 | Synchrony Bank, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 13160680 | | Email/Text: bankruptcycourt@towerloan.com | Nov 12 2026 20:02:10 | Tower Loan, Attn: Bankruptcy, PO Box 320001, Flowood, MS 39232 |
| 13160681 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 12 2026 20:03:00 | Transworld System Inc, Attn: Bankruptcy, PO Box 15630, Wilmington, DE 19850-5630 |
| 13160683 | | Email/Text: usatxs.bankruptcy@usdoj.gov | Nov 12 2026 20:02:00 | UNITED STATES ATTORNEY'S OFFICE, CIVIL PROCESS CLERK, 1000 LOUISIANA, SUITE 2300, Houston, TX 77002 |
| 13160682 | ^ | MEBN | Nov 12 2026 20:00:27 | UNITED STATES ATTORNEY GENERAL, 950 PENNSYLVANIE AVENUE, N.W., Washington, DC 20530-0009 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Americredit Financial Services, Inc. dba GM Financ |
| 13160674 | | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, OK 73216 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 13160670 | * | Internal Revenue Services, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Beth Clark-Downing | on behalf of Debtor Ryan Hunter Rompola amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Amy Beth Clark-Downing | on behalf of Joint Debtor Kathy Lynn Rompola amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Christopher R Murray | trustee@jonesmurray.com crm@trustesolutions.net |
| Daniel J. Ciment | on behalf of Joint Debtor Kathy Lynn Rompola Daniel@CimentLawFirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net |
| Daniel J. Ciment | on behalf of Debtor Ryan Hunter Rompola Daniel@CimentLawFirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 6